■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN MANUEL RIVERA, Appellant. [699 NYS2d 675] —Judgment, Supreme Court, Bronx County (Irene Duffy, J., on severance motion; Roger Hayes, J., at plea and sentence), rendered April 21, 1995, convicting defendant of burglary in the first degree and criminal possession of a weapon in the second degree, and sentencing him, as a second violent felony offender, to concurrent terms of 6 to 12 years, unanimously affirmed.

By pleading guilty, defendant forfeited his right to appellate review of the denial of his motion to sever the counts of the indictment (*People v Rodriguez*, 238 AD2d 150, *lv denied* 90 NY2d 897; *see also, People v Taylor*, 65 NY2d 1). Defendant's purported reservation of the right to raise the severance issue on appeal was ineffectual, notwithstanding the sentencing court's approval and the prosecutor's acquiescence (*People v Thomas*, 53 NY2d 338; *People v Nelson*, 173 AD2d 205, *lv denied* 78 NY2d 956). In any event, joinder was proper pursuant to CPL 200.20 (2) (b). Concur—Sullivan, J. P., Rosenberger, Tom, Mazzarelli and Wallach, JJ.